1 | NICHOLAS A. TRUTANICH
United States Attorney
2 | District of Nevada

3 | ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
4 | 160 Spear Street, Suite 800
San Francisco, California 94105
5 | Telephone: (415) 977-8942
Facsimile: (415) 744-0134
6 | E-Mail: allison.cheung@ssa.gov

7 | Attorneys for Defendant

8

9

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12 | SHAUN DILLON,                                    )
                                                     )   Case No.: 3:20-cv-00294-CLB
13 |              Plaintiff,                          )
                                                     )   **ORDER APPROVING UNOPPOSED MOTION**
14 |       vs.                                        )   **FOR EXTENSION OF TIME TO FILE**
                                                     )   **CERTIFIED ADMINISTRATIVE RECORD**
15 | ANDREW SAUL,                                     )   **AND ANSWER**
Commissioner of Social Security,                     )
16 |                                                  )
                                                     )
17 |              Defendant.                          )
                                                     )

18

19

20

21

22

23

24

25

26

1   Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by and through

2   his undersigned attorneys, hereby moves for a sixty-day extension of time to file the Certified

3   Administrative Record (CAR) and answer to Plaintiff's Complaint.  The CAR and answer to Plaintiff's

4   Complaint are due to be filed by July 28, 2020.

5

6   In light of the global COVID-19 pandemic, the Social Security Administration ("SSA" or the

7   "Agency") has taken the unprecedented step of suspending in-office services to the public:

8   https://www.ssa.gov/coronavirus/.  The Agency is focusing on providing the most critical services by

9   mail, phone and online to those most in need.  SSA is also taking additional steps to protect its employees

10  and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting

11  employee access to SSA facilities for health and safety only and has moved toward a temporary virtual

12  work environment.  Electronic processes allow some of SSA's most critical work to continue with

13  minimal interruption; other workloads have been suspended until the health crisis abates or the Agency is

14

15  able to create new electronic business processes.

16  For purposes of this particular case, the public health emergency pandemic has significantly

17  impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in

18  Falls Church, Virginia.  That office is responsible for physically producing the administrative record that

19  is required to adjudicate the case under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C.

20  § 405(g) and (h).  *See* SSA Program Operations Manual System GN 03106.025, *available at*

21  https://secure.ssa.gov/apps10/poms.nsf/lnx/0203106025.

22

23  As detailed in the attached declaration, beginning March 16, 2020, OAO's staff members began

24  to telework to protect employee health and prevent further spread of COVID-19.  At that time, critical in-

25  person physical tasks associated with preparing the administrative record could not be accomplished.  For

26  example, prior to the COVID-19 pandemic, to safeguard Personally Identifiable Information (PII), all

Unopposed Mot. for Ext.; No. 3:20-cv-00294-CLB   1

1  hearing recordings, which are part of the administrative record, were downloaded onto compact discs and

2  encrypted.  OAO securely routed the encrypted discs to a private contractor through a daily pickup and

3
4  delivery service at the Official Duty Station (ODS) in Falls Church, Virginia.  The private contractor

5  would transcribe the hearing recording and send the paper copy of the hearing transcript back to OAO.

6  OAO personnel would then scan the hearing transcript into the electronic record or place the hearing

7  transcript in the paper case file.  Thereafter, OAO personnel would assemble the administrative record in

8  a prescribed order.

9       To ensure a continuity of operations, OAO has been actively pursuing mitigation efforts to allow

10
11 the remote preparation of administrative records.  For cases in which the private contractors were already

12 in possession of hearing recordings for transcription, with the assistance of the Office of Acquisitions and

13 Grants (OAG), OAO received approval to receive these transcripts from the private contractors via

14 secured email, e.g., using password protection and redacted Social Security Numbers.  In April 2020,

15 OAO began receiving such hearing transcripts from private contractors via secured email.

16      For cases in which OAO had not yet submitted recordings to the private contractors before March

17
18 16, 2020, OAO has been pursuing all available options to obtain transcriptions for these cases.  In May

19 2020, OAO began encrypting hearing recordings and securely emailing them to the contractors for

20 transcription.  Through the month of May, OAO and the contractors worked to resolve technical issues

21 that arose, particularly with large files.  The process is functioning now, albeit at only half of normal

22 productivity.

23      Given the volume of pending cases, Defendant requests an extension in which to respond to the

24 Complaint until September 28, 2020.  If in sixty days the CAR is not prepared, the Commissioner will

25 file a status report with the Court as to when he expects the CAR to be completed.

26

1   On July 23, 2020, the undersigned conferred with Plaintiff's counsel, who has no opposition to the

2   requested extension.

3   It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR

4   and answer to Plaintiff's Complaint, through and including September 28, 2020.

5

6

7   Dated:  July 23, 2020

8   NICHOLAS A. TRUTANICH
United States Attorney

9   /s/ *Allison J. Cheung*
ALLISON J. CHEUNG

10   Special Assistant United States Attorney

11

12

13

14

15

16   IT IS SO ORDERED:

17   _____

18   UNITED STATES MAGISTRATE JUDGE

19   DATED:   July 27, 2020

20

21

22

23

24

25

26

Unopposed Mot. for Ext.; No. 3:20-cv-00294-CLB   3